UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
DEC 2 2 2005
Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CRIM. ACTION H-02-0121 |
| | ) | |
| ARTHUR ANDERSEN LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Government's Unopposed Motion to Vacate Conviction and Dismiss Indictment is:

____✓____ GRANTED

____~~DENIED~~____  M 2 H

This Court orders that defendant's conviction be vacated, the fine of $500,000 and special assessment of $400 be refunded, and the indictment be dismissed with prejudice.

Melinda Harmon
United States District Judge