United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

**FILED**
December 5, 2005

Charles R. Fulbruge III
Clerk

---

No. 02-21200

---

D.C. Docket No. H-02-CR-121-ALL

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ARTHUR ANDERSEN, LLP

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Houston.

Before REAVLEY, HIBBINBOTHAM, and BENAVIDES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the order of the Court filed on October 27, 2005 is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE: **JAN 1 0 2006**

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B. Short
Deputy
JAN 1 0 2006

New Orleans, Louisiana