

**CAMPBELL & WILLIAMS**
ATTORNEYS AT LAW

April 9, 2007

<u>Via First Class Mail</u>

U.S District Court
Attention: Court Clerk
515 Rusk Avenue
Houston, Texas 77002

United States Courts
Southern District of Texas
FILED

APR 1 0 2007

Michael N. Milby, Clerk of Court

Re:   *Criminal Action No. H-02-121*
      *U.S. v. Arthur Anderson, LLP*

Dear Clerk of the Court:

Please let this letter serve as a request for copies of the following documents in the above referenced case:

1. Minutes from May 16, 2002
2. Transcript from May 16, 2002

Please contact me with cost for copies for the documents requested. We will send prompt payment to you. Thank you for your attention to this matter. Please contact our office with any questions or concerns.

Very truly yours,

Campbell & Williams

Lucinda Martinez,
Paralegal

700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101

PHONE: 702/382-5222
FAX: 702/382-0540